UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALEXIS C. HAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-CV-39-KAC-JEM |
| | ) |
| QCHC, INC., d/b/a QUALITY CORRECTIONAL | ) |
| HEALTH CARE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

This matter came before the Court for a telephonic conference on May 25, 2022, to address various discovery issues. The Court has reviewed the parties' submissions and other relevant filings and considered the representations and arguments made at the May 25 conference. Based upon its review of this matter, the Court orders as follows:

(1) The parties shall meet and confer, either in person or over the telephone, as soon as is practicable, but no later than **June 3, 2022**, to discuss the remaining discovery issues in this matter, including: the relevancy of the outstanding discovery requests and Defendants' specific objections (*e.g.*, relevancy, undue burden, and proportionality to the needs of this case), whether there are any potential compromises to be made regarding the outstanding requests and the most efficient means of production, and the scheduling of depositions;

(2) Defendants shall produce all responsive information and documents pertaining to Plaintiff's outstanding discovery requests to the extent Defendants have already agreed to do so, or agree to do so following the meet and confer, by no later than **June 3, 2022, at 5:00 p.m.**;

(3) To the extent any of Plaintiff's discovery requests remain outstanding—as noted in Plaintiff's discovery request index submitted prior to the May 25 conference, with the exception of Document Request No. 25 of Plaintiff's 1st Set of

Document Requests—Defendants shall provide complete, supplemental responses to those outstanding requests by no later than **June 3, 2022, at 5:00 p.m.**; and

(4) With respect to Document Request No. 25 of Plaintiff's 1st Set of Document Requests regarding Plaintiff's request for various medical records, given the nature of the dispute and the parties' positions, the Court finds that this issue is not amenable to resolution during a telephone conference and the Court will address it by written motion, and any motion related to this request shall be filed as soon as practicable.

The Court encourages the parties to continue their discussions regarding the scope and relevancy of the discovery requests in order to narrow the issues before the Court and reminds the parties of the need to keep discovery progressing in an efficient and productive manner considering the fast-approaching June 24, 2022, discovery deadline in this case [Doc. 16 p. 1].

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge